PROB 12C
(6/16)

Report Date: October 19, 2016

## United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

10/19/16

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Andrew James Jack  Case Number: 0980 2:15CR00056-RMP-1

Address of Offender:   Nespelum, Washington 99155

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U. S. District Judge

Date of Original Sentence: March 15, 2016

Original Offense:   Felon in Possession of a Firearm, 18 U.S.C. §§ 922 (g)(1) and 924(a)(2)

Original Sentence:   Prison - 16 months              Type of Supervision: Supervised Release
                     TSR - 36 months

Asst. U.S. Attorney:   Russell E. Smoot             Date Supervision Commenced: July 11, 2016

Defense Attorney:      Federal Defenders Office     Date Supervision Expires: July 10, 2019

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

1 | **Standard Condition # 2**: The defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer.

**Supporting Evidence**: The offender failed to report to the United States Probation Office on September 27, 2016, and again on October 13, 2016. Attempts to establish contact via telephone, collateral contact, and residence contact have been unsuccessful.

2 | **Special Condition # 15**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: On July 14, 2016, the offender was directed to obtain a substance abuse evaluation. As of the writing of this report, the offender has not obtained a substance abuse evaluation.

3 | **Special Condition # 16**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer) as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

Prob12C
Re: Jack, Andrew James
October 19, 2016
Page 2

        **Supporting Evidence**: On October 18, 2016, the undersigned conducted a home visit to the offender's residence. While at the residence, numerous beer cans and liquor bottles were observed in the driveway of the home. In addition, beer cans were observed in the offender's bedroom. The offender's aunt, with whom he resides, advised the undersigned on October 18, 2016, that the offender had consumed alcohol that day, and had been consuming alcohol on a regular, almost daily basis.

4       **Special Condition # 21**: You shall complete a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced or psychotropic medication and/or inpatient confinement absent further order of the Court. You shall allow reciprocal release of information between the supervising officer and treatment provider. You shall contribute to the cost of treatment according to your ability to pay.

        **Supporting Evidence**: On July 14, 2016, the offender was directed to obtain a mental health evaluation. As of the writing of this report, he has not obtained a mental health evaluation.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  October 19, 2016

s/Charles J. Kuipers

Charles J. Kuipers
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

10/19/2016
Date