PROB 12C
(6/16)

Report Date:  February 7, 2017

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

2/7/17

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Andrew James Jack              Case Number: 0980 2:15CR00056-RMP-1

Address of Offender:                    Nespelem, Washington 99155

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U. S. District Judge

Date of Original Sentence: March 15, 2016

Original Offense:      Felon in Possession of a Firearm, 18 U.S.C. §§ 922 (g)(1) and 924(a)(2)

| | | |
|---|---|---|
| Original Sentence: | Prison - 16 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Russell E. Smoot | Date Supervision Commenced: July 11, 2016 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: July 10, 2019 |

## PETITIONING THE COURT

**To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 10/19/2016.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Supporting Evidence**: On February 1, 2017, the Colville Confederated Tribes filed a criminal complaint charging the offender with count 1- unauthorized use of vehicle; count 2- theft; count 3- abuse of an elder; count 4- intimidation; count 5- attempting to elude police vehicle; count 6- driving while license suspended or revoked; and count 7- reckless endangerment. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   02/07/2017

s/Charles J. Kuipers

Charles J. Kuipers
U.S. Probation Officer

**Prob12C**
**Re: Jack, Andrew James**
**February 7, 2017**
**Page 2**

THE COURT ORDERS

[   ]    No Action
[   ]    The Issuance of a Warrant
[   ]    The Issuance of a Summons
[X ]    The incorporation of the violation(s) contained in this
           petition with the other violations pending before the
           Court.
[   ]    Defendant to appear before the Judge assigned to the
           case.
[X ]    Defendant to appear before the Magistrate Judge.
[   ]    Other

_____
Signature of Judicial Officer

2/7/2017
_____
Date
