# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Aug 05, 2019**

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Andrew James Jack | Case Number: 0980 2:15CR00056-RMP-1 |
| Address of Offender: | Nespelem, Washington 99155 |

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, U. S. District Judge

Date of Original Sentence: March 15, 2016

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. §§ 922 (g)(1) and 924(a)(2) | |
| Original Sentence: | Prison - 16 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence: (08/28/2018) | Prison - 15 months; TSR - 21 months | |
| Asst. U.S. Attorney: | Matthew F. Duggan | Date Supervision Commenced: May 28, 2019 |
| Defense Attorney: | Amy Rubin | Date Supervision Expires: February 27, 2021 |

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 06/14/2019.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Standard Condition #10**: You must not own, posses, or have access to a firearm, ammunition, destructive devise, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers). |

        **Supporting Evidence**: Mr. Jack violated his conditions of supervised release by possessing a firearm. On July 20, 2019, officers from the Colville Tribal Police Department conducted a consent to search of the property where Mr. Jack resides. Officers located a rifle in Mr. Jack's duffle bag.

        On June 4, 2019, this officer met with Mr. Jack at his residence and reviewed the revocation judgement and sentence. Mr. Jack advised he understood the conditions of supervision, signed the document, and was provided a copy.

On July 30, 2019, Officers from the Colville Tribal police department completed a consent search of Mr. Jack's residence and a vehicle located on the property. The consent to search the property and vehicle was granted by the home owner. The home owner stated she had seen the firearm in the back of her vehicle in Mr. Jack's blue duffle bag. The officers located a .22LR Chipmunk rifle that had its barrel shortened and stock cut off. One of the officers cleared the rifle, identified the words "Lucifer" and "Jack" carved into the rifle's side and took photos of the rifle, hand gun, and multiple rounds of ammunition in a bag belonging to Mr. Jack.

8     **Standard Condition #10**: You must not own, posses, or have access to a firearm, ammunition, destructive devise, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).

**Supporting Evidence**: On or about July 30, 2019, Mr. Jack violated his conditions of supervised release by possessing a box of .22 LR ammunition which was located in Mr. Jack's blue duffle bag.

On June 4, 2019, this officer met with Mr. Jack at his residence and reviewed the revocation judgement and sentence. Mr. Jack advised he understood the conditions of supervision, signed the document, and was provided a copy.

On July 30, 2019, Officers from the Colville Tribal police department completed a consent search of Mr. Jack's residence and a vehicle located on the property. The consent to search the property and vehicle was granted by the home owner. The home owner stated she had seen the firearm in the back of her vehicle in Mr. Jack's blue duffle bag. While searching for the firearm, the officers located approximately a half of a box of Winchester .22 LR ammunition in Mr. Jack's duffle bag.

9     **Standard Condition #10**: You must not own, posses, or have access to a firearm, ammunition, destructive devise, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).

**Supporting Evidence**: On or about July 30, 2019, Mr. Jack violated his conditions of supervised release by possessing a box of .22 LR ammunition which was located in Mr. Jack's bedroom.

On June 4, 2019, this officer met with Mr. Jack at his residence and reviewed the revocation judgement and sentence. Mr. Jack advised he understood the conditions of supervision, signed the document, and was provided a copy.

On July 30, 2019, Officers from the Colville Tribal police department completed a consent search of Mr. Jack's bedroom. The consent to search the property was granted by the home owner. The officers entered Mr. Jack's bedroom and observed dozens of uncapped hypodermic syringes, capped syringes, several baggies with residue of crystal like substance, a box of .22 LR ammunition, and loose .22 LR rounds. Officers took photos of the observed items.

Prob12C
Re: Jack, Andrew James
August 5, 2019
Page 3

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 08/05/2019

s/Stephen Krous

Stephen Krous
U.S. Probation Officer

## THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [X] Defendant to appear before the Judge assigned to the case.
- [ ] Defendant to appear before the Magistrate Judge.
- [ ] Other

Signature of Judicial Officer
8/5/2019

Date